1 | BRUCE P. ZELIS, Attorney    SBN 75312
Law Offices of Bruce P. Zelis
2 | 1943 First Avenue
Walnut Creek, CA 94597
3 |    Tel: (925) 943-6633
   Fax: (925) 943-5292
4 |    Email: (zelis@att.net)

5 | Attorney for Christine Lynn Dean and James Roland Dean, individually and d/b/a/ Tavern on the Greens; and PMGC, INC., dba Tarven On the Greens.
6 | Defendants.

**United States District Court**

**Northern District of California**

**Oakland, Division**

| | |
|---|---|
| J & J SPORTS PRODUCTION, INC., | CASE NO.   C10-05088 |
| Plaintiff, | |
| vs. | ORDER EXTENDING TIME TO ANSWER COMPLAINT and AN EXTENSION OF THE CASE MANAGEMENT CONFERENCE |
| CHRISTINE LYNN DEAN and JAMES ROLAND DEAN, INDIVIDUALLY and d/b/a/ TAVERN ON THE GREEN; and PMGC, INC., dba TAVEN ON THE GREENS, | BRUCE P. ZELIS |
| | (Local Rule 6-3) |
| Defendants | |

The Court having read the defendants' application for an Order granting an extension of time in which to Answer, or otherwise plead to the Complaint and for an extension of the case management conference and good cause appearing there from,

**IT IS HEREBY ORDERED** that the defendants are granted until **April 4, 2011** to file an Answer or otherwise plead to the Complaint.

**IT IS HEREBY FURTHER ORDERED** that the case Management Conference scheduled for February 22, 2011 is hereby continued to **April 19, 2011.**

*Claudia Wilken* (signature)
Claudia Wilken
Judge of the Court

ORDER