Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Bruce Paul Zelis, SBN 75312
LAW OFFICE OF BRUCE P. ZELIS
1943 First Avenue
Walnut Creek, CA 94597
Tel: 925-943-6633
Fax: 925-943-5292
zelis@att.net
Attorneys for Defendants
Christine Lynn Dean
James Roland Dean
PMGC, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTINE LYNN DEAN, et al., <br><br> Defendants. | Case No. 4:10-cv-05088-CW <br><br> STIPULATION OF PLAINTIFF J & J SPORTS PRODUCTIONS AND DEFENDANTS CHRISTINE LYNN DEAN, JAMES ROLAND DEAN AND PMGC, INC. TO EXTEND THE ADR DEADLINE; AND ORDER (~~Proposed~~) |

TO THE HONORABLE CLAUDIA WILKEN, THE PARTIES, AND THEIR ATTORNEY/S OF RECORD:

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Christine Lynn Dean, James Roland Dean and PMGC, Inc. hereby agree, stipulate, and respectfully request that this Honorable Court extend the ADR deadline in the instant action from August 17, 2011 to November 15, 2011 pursuant to ADR Local Rule 6-5[1].

---

[1] Plaintiff's counsel sincerely apologizes that this Stipulation is filed late and not fourteen (14) days or more beyond the presently scheduled ADR deadline of August 17, 2011. Difficulties encountered by Plaintiff's counsel in reaching Plaintiff's Authorized Representative delayed preparation and filing of this Stipulation.

STIPULATION OF PLAINTIFF J & J SPORTS PRODUCTIONS, INC. AND DEFENDANTS
CHRISTINE LYNN DEAN, JAMES ROLAND DEAN AND PMGC, INC.
STIPULATION TO EXTEND THE ADR DEADLINE; AND ORDER (~~Proposed~~)
CASE NO. 4:10-cv-05088-CW

1.     This request is necessary because Plaintiff's Authorized Representative is unavailable to participate personally at the Early Neutral Evaluation Conference presently scheduled for Tuesday, August 16, 2011. Please see Plaintiff's Exhibit 1 attached hereto. In addition, Plaintiff and Defendants, by and through their counsel, believe a brief continuance of the existing deadline of less than ninety days would be in the best interests of the Parties and the Court, as it will permit counsel additional time to evaluate the matter and continue discussions most recently commenced specifically directed towards settlement. Although Initial Disclosures have been exchanged, as of this writing counsel for the Parties have not had the opportunity to discuss the underlying lawsuit at length amongst themselves, and it is respectfully submitted that such discussions are necessary in order that each side can get a better sense and understanding of the other's legal position. Further, it is anticipated these discussions will either result in a settlement independent of an ADR neutral, or at minimum put the Parties in a far better position to discuss and present their claims and defenses at a later date in the immediate near future when the early neutral evaluation conference is later conducted. Finally, in that trial in this matter is presently set for October 9, 2012, this brief continuance of the ADR deadline interposes no prejudice to the Court concerning the presently scheduled trial or pretrial conference dates.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court continue the deadline to conduct the ADR from August 17, 2011 to and through Tuesday, November 15, 2011.

Respectfully submitted,

Dated: August 4, 2011

Please see attached.
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: August 4, 2011

Please see attached.
**LAW OFFICES OF BRUCE P. ZELIS**
By: Bruce P. Zelis
Attorneys for Defendants
Christine Lynn Dean, James Roland Dean and PMGC, Inc.

1.  1. This request is necessary because Plaintiff's Authorized Representative is unavailable to participate personally at the Early Neutral Evaluation Conference presently scheduled for Tuesday, August 16, 2011. Please see Plaintiff's Exhibit 1 attached hereto. In addition, Plaintiff and Defendants, by and through their counsel, believe a brief continuance of the existing deadline of less than ninety days would be in the best interests of the Parties and the Court, as it will permit counsel additional time to evaluate the matter and continue discussions most recently commenced specifically directed towards settlement. Although Initial Disclosures have been exchanged, as of this writing counsel for the Parties have not had the opportunity to discuss the underlying lawsuit at length amongst themselves, and it is respectfully submitted that such discussions are necessary in order that each side can get a better sense and understanding of the other's legal position. Further, it is anticipated these discussions will either result in a settlement independent of an ADR neutral, or at minimum put the Parties in a far better position to discuss and present their claims and defenses at a later date in the immediate near future when the early neutral evaluation conference is later conducted. Finally, in that trial in this matter is presently set for October 9, 2012, this brief continuance of the ADR deadline interposes no prejudice to the Court concerning the presently scheduled trial or pretrial conference dates.

**WHEREFORE, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES** that the Court continue the deadline to conduct the ADR from August 17, 2011 to and through Tuesday, November 15, 2011.

Respectfully submitted,

Dated: August 4, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: August 4, 2011

LAW OFFICES OF BRUCE P. ZELIS
By: Bruce P. Zelis
Attorneys for Defendants
Christine Lynn Dean, James Roland Dean and PMGC, Inc.

STIPULATION OF PLAINTIFF J & J SPORTS PRODUCTIONS, INC. AND DEFENDANTS
CHRISTINE LYNN DEAN, JAMES ROLAND DEAN AND PMGC, INC.
STIPULATION TO EXTEND THE ADR DEADLINE; AND ORDER (Proposed)
CASE NO. 4:10-cv-05088-CW

1

**ORDER** (~~Proposed~~)

2

IT IS HEREBY ORDERED that the ADR deadline in civil action 4:10-cv-05088-CW styled *J & J*

3

*Sports Productions, Inc. v. Christine Lynn Dean, et al.* is hereby continued from August 17, 2011 to and through

4

Tuesday, November 15, 2011.

5

6

7

IT IS SO ORDERED:

8

9

10

_____  Dated: 8/9/2011

THE HONORABLE CLAUDIA WILKEN
United States District Court
Northern District of California

11

12  ///

13  ///

14  ///

15  ///

cc: ADR

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION OF PLAINTIFF J & J SPORTS PRODUCTIONS, INC. AND DEFENDANTS
CHRISTINE LYNN DEAN, JAMES ROLAND DEAN AND PMGC, INC.
STIPULATION TO EXTEND THE ADR DEADLINE; AND ORDER (~~Proposed~~)
CASE NO. 4:10-cv-05088-CW

# Exhibit 1

**J&J SPORTS PRODUCTIONS INC.**
www.joejgainespors.com
1-888-258-7116

August 1, 2011

Mr. Thomas P. Riley, Esquire
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, California 91030-3227

RE: *J & J Sports Productions, Inc. v. Dean, et al.;*
 *U.S.D.C. N.D. CA Case No. 4:10-cv-05088-CW*
 Re: Tavern On The Greens (11/14/09)

Dear Tom:

I am writing regarding the above-referenced Early Neutral Evaluation Conference on Tuesday, August 16, 2011 at 1:30 P.M. (PST). Unfortunately, I will be in the midst of PONY Baseball tournaments and, as Vice President of the West Zone, my presence is required at the games.

May I ask that you please request that the Court permit my telephonic participation in the Early Neutral Evaluation Conference, presently set for August 16, 2011.

Thank you very much.

Sincerely,

Joseph M. Gagliardi
President

/sc

## PROOF OF SERVICE (SERVICE BY E-MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 4, 2011, I served:

**STIPULATION OF PLAINTIFF J & J SPORTS PRODUCTIONS AND DEFENDANTS CHRISTINE LYNN DEAN, JAMES ROLAND DEAN AND PMGC, INC. TO EXTEND THE ADR DEADLINE; AND ORDER (Proposed)**

On all parties in said cause by e-mailing same to the Defendants at the following email address(es):

| | |
|---|---|
| Mr. Bruce P. Zelis<br>**LAW OFFICES OF BRUCE P. ZELIS**<br>1943 First Avenue<br>Walnut Creek, CA 94597<br>zelis@att.net | Attorneys for Defendants<br>Christine Lynn Dean<br>James Roland Dean<br>PMGC, Inc. |
| Mr. Montie S. Day<br>**DAY LAW OFFICES**<br>1235 Casa Palermo Circle<br>Henderson, NV 89011<br>oyad@aol.com | Attorneys for Defendants<br>Christine Lynn Dean<br>James Roland Dean<br>PMGC, Inc. |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on August 4, 2011, at South Pasadena, California.

Dated: August 4, 2011

/s/ Maria Baird
**MARIA BAIRD**

///
///
///