UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| J &J SPORTS PRODUCTIONS, INC.,<br>　　　　Plaintiff, | No. C 10-5088 CW |
| v. | **ORDER RE: ATTENDANCE** |
| CHRISTINE LYNN DEAN, et al.,<br>　　　　Defendants.<br>_____/ | Date:　　　August 16, 2011<br>Evaluator:　Harold McElhinny |

IT IS HEREBY ORDERED that the request to allow plainitff J & J Sports Productions, Inc.'s authorized representative, Joseph Gagliardi, to appear telephonically at the August 16, 2011, ENE before Harold McElhinny is GRANTED. Mr. Gagliardi shall be available at all times to participate telephonically in the ENE in accordance with ADR L.R. 5-10(f).

IT IS SO ORDERED.

August 9, 2011　　　　　　　　By: _____
Dated　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge